# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DERRICK S. GALVIN**  PLAINTIFF
**ADC # 163461**

v.  Case No. 1:18-cv-00093-KGB-BD

**BRANDON CARROLL,** *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 18). Plaintiff Derrick S. Galvin filed objections to the Recommended Disposition (Dkt. No. 21). Mr. Galvin has also filed several motions and notices to the Court (Dkt. Nos. 19, 20, 22, 23, 24, 25, 26, 28, 29, 30). After careful consideration of the Recommended Disposition, the objections, the motions and notices filed by Mr. Galvin, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 18).

Mr. Galvin objects to the Recommended Disposition by reiterating the facts alleged in his complaint (Dkt. Nos. 2, 21). The Court agrees with Judge Deere that Mr. Galvin has failed to state a claim upon which relief may be granted (Dkt. No. 18, at 2). Fed. R. Civ. P. 12(b)(6). Mr. Galvin's various motions do not allege any additional facts which alter the Court's determination. Accordingly, the Court grants defendants' motion to dismiss (Dkt. No. 7) and dismisses without prejudice Mr. Galvin's complaint for failure to state a claim upon which relief can be granted (Dkt. No. 2). The Court denies as moot Mr. Galvin's pending motions (Dkt. No. 19, 20, 23, 24, 25, 26, 28, 29, 30). This dismissal constitutes a "strike" for purposes of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).

It is so ordered this 21st day of May, 2019.

                                                              Kristine G. Baker
                                                              United States District Judge