# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DERRICK S. GALVIN**  PLAINTIFF
**ADC # 163461**

v.   Case No. 1:18-cv-00093-KGB-BD

**BRANDON CARROLL,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Derrick S. Galvin's complaint is dismissed without prejudice. Dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g).

It is so adjudged this 21st day of May, 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge